UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM BAUSER, an individual,<br><br>                    Plaintiff,<br><br>   v.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>                  Defendants. | Case No. 2:14-CV-01946 JAM-EFB<br><br>**RELATED CASE ORDER**<br>Related to Nos.:<br>2:13-CV-02439 JAM-EFB<br>2:14-CV-01946 JAM-EFB<br>2:14-CV-01957 JAM-EFB<br>2:14-CV-01960 JAM-EFB<br>2:14-CV-01961 JAM-EFB<br>2:14-CV-01963 JAM-EFB<br>2:14-CV-01965 JAM-EFB<br>2:15-CV-00429 JAM-EFB<br>2:15-CV-00622 JAM-EFB<br>2:15-CV-00623 JAM-EFB<br>2:15-CV-02150 JAM-EFB<br>1:15-CV-01721 JAM-EFB<br>1:15-CV-01748 JAM-EFB |
| MIKE CAMPBELL, an individual,<br><br>                  Plaintiff,<br><br>   v.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:15-CV-02396 JAM-CMK |
| BRYCE WILLIAMS, an individual,<br><br>                  Plaintiff,<br><br>   v.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>                  Defendants. | Case No. 1:15-CV-01874 JAM-SAB |

1 | Examination of the above-entitled actions reveals that these
2 | actions are related within the meaning of Local Rule 123 (E.D. Cal.
3 | 2005).  Accordingly, the assignment of the matters to the same
4 | judge and magistrate judge is likely to affect a substantial
5 | savings of judicial effort and is also likely to be convenient for
6 | the parties.

7 | The parties should be aware that relating the cases under
8 | Local Rule 123 merely has the result that these actions are
9 | assigned to the same judge and magistrate judge; no consolidation
10 | of the actions is effected.  Under the regular practice of this
11 | court, related cases are generally assigned to the judge and
12 | magistrate judge to whom the first filed action was assigned.

13 | IT IS THEREFORE ORDERED that the Magistrate Judge assignment
14 | in the actions denominated 2:15-CV-02396 JAM-CMK and 1:15-CV-01874
15 | JAM-SAB be reassigned to Magistrate Judge Edmund F. Brennan for all
16 | further proceedings.  Henceforth, the caption on documents filed in
17 | the reassigned cases shall be shown as 2:15-CV-02396 JAM-EFB and
18 | 1:15-CV-01874 JAM-EFB.

19 | IT IS SO ORDERED.
20 | Dated:  January 19, 2016

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge