| | |
|---|---|
| 1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012) |
| | JOHN GLUGOSKI (Cal. State Bar No. 191551) |
| 2 | MICHAEL RIGHETTI (Cal. State Bar No. 258541) |
| | RIGHETTI·GLUGOSKI, P.C. |
| 3 | 456 Montgomery Street, Suite 1400 |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 983-0900 |
| | Facsimile: (415) 397-9005 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Mark Jaeger |
| 7 | JEFFREY D. WOHL (Cal. State Bar No. 96838) |
| | JULLIE Z. LAL (Cal. State Bar No. 279067) |
| 8 | PAUL HASTINGS LLP |
| | 101 California Street, 48th Floor |
| 9 | San Francisco, California 94111 |
| | Telephone: (415) 856-7000 |
| 10 | Facsimile: (415) 856-7100 |
| | jeffwohl@paulhastings.com |
| 11 | jullielal@paullhastings.com |
| 12 | Attorneys for Defendant |
| | Rite Aid Corporation |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JAEGER, an individual, | No. 2:14-CV-01960-JAM-EFB |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | Judge: Hon. John A. Mendez |
| | Dept.: 6, 14th Floor |
| RITE AID CORPORATION, and DOES 1 through 50, inclusive, | Complaint Filed: August 29, 2013 |
| Defendants. | |

Plaintiff Mark Jaeger and defendant Rite Aid Corporation, acting through their respective counsel of record, hereby stipulate that this action may be dismissed with prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, each side to bear its own costs and attorneys' fees.

Dated: June 21, 2018.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI·GLUGOSKI, P.C.

By: /s/ Michael Righetti
    Michael Righetti
    Attorneys for Plaintiff
    Mark Jaeger

Dated: June 21, 2018.

JEFFREY D. WOHL
JULLIE Z. LAL
PAUL HASTINGS LLP

By: /s/ Jullie Z. Lal
    Jullie Z. Lal
    Attorneys for Defendant
    Rite Aid Corporation

| | |
|---|---|
| 1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012) |
| | JOHN GLUGOSKI (Cal. State Bar No. 191551) |
| 2 | MICHAEL RIGHETTI (Cal. State Bar No. 258541) |
| | RIGHETTI·GLUGOSKI, P.C. |
| 3 | 456 Montgomery Street, Suite 1400 |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 983-0900 |
| | Facsimile: (415) 397-9005 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Mark Jaeger |
| 7 | JEFFREY D. WOHL (Cal. State Bar No. 96838) |
| | JULLIE Z. LAL (Cal. State Bar No. 279067) |
| 8 | PAUL HASTINGS LLP |
| | 101 California Street, 48th Floor |
| 9 | San Francisco, California 94111 |
| | Telephone: (415) 856-7000 |
| 10 | Facsimile: (415) 856-7100 |
| | jeffwohl@paulhastings.com |
| 11 | jullielal@paullhastings.com |
| 12 | Attorneys for Defendant |
| | Rite Aid Corporation |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JAEGER, an individual, | No. 2:14-cv-01960-JAM-EFB |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | Judge: Hon. John A. Mendez<br>Dept.: 6, 14th Floor |
| RITE AID CORPORATION, and DOES 1 through 50, inclusive, | Complaint Filed: August 29, 2013 |
| Defendants. | |

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: 6/22/2018 /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge